Case 3:08-cv-01405-SI    Document 4    Filed 04/07/2008    Page 1 of 5

1    GEORGE A. RILEY (S.B. #118304)
     O'MELVENY & MYERS LLP
2    Embarcadero Center West
     275 Battery Street
3    San Francisco, California 94111-3305
     Telephone:     (415) 984-8700
4    Facsimile:     (415) 984-8701
     Email:         griley@omm.com
5
     MEREDITH N. LANDY (S.B. #136489)
6    DHAIVAT H. SHAH (S.B. #196382)
     O'MELVENY & MYERS LLP
7    2765 Sand Hill Road
     Menlo Park, California 94025
8    Telephone:     (650) 473-2600
     Facsimile:     (650) 473-2601
9    Email:         mlandy@omm.com
                    dshah@omm.com
10
     Attorneys for Defendants
11   The PMI Group, Inc., L. Stephen Smith, David H.
     Katkov and Donald P. Lofe, Jr.
12

13                  **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15   LORI WEINRIB, Individually and on Behalf of All Others Similarly Situated, | Case No.  C 08 1405 SI |
| 16 | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| 17           Plaintiff, | **AND RELATED MATTERS** |
| 18      vs. | |
| 19   THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONALD P. LOFE, JR., | |
| 20 | |
| 21           Defendants. | |
| 22   KIMBERLY D. HOLT, Individually and on Behalf of All Others Similarly Situated, | Case No.  C 08 1806 SC |
| 23           Plaintiff, | |
| 24      vs. | |
| 25   THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONALD P. LOFE, JR., | |
| 26 | |
| 27           Defendants. | |

28

                                    STIPULATION AND [PROPOSED] ORDER
                                          CASE NO.  C 08 1405 SI

Case 3:08-cv-01405-SI   Document 4   Filed 04/07/2008   Page 2 of 5

1   Pursuant to Federal Rules of Civil Procedure 16 and 42, Civil L.R. 23-1(b), and the

2   Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and

3   the Court hereby orders, as follows:

4   <u>CONSOLIDATION OF RELATED CASES AND ALL FUTURE RELATED CASES</u>

5       1.    All related actions that are currently or subsequently filed in, or transferred to, this

6   District shall be consolidated into this action for pretrial purposes.  This Order shall apply to

7   every such related action, absent order of the Court.  A party that objects to such consolidation, or

8   to any other provision of this Order, must file an application for relief from this Order within

9   thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

10      2.    The following two related actions have been filed in this District as of this date:

11  *Lori Weinrib v. The PMI Group, Inc. et al.*, Case No. C-08-1405-SI.

12  *Kimberly D. Holt v. The PMI Group, Inc. et al.*, Case No. C-08-1806-SC.

13      3.    This Order is entered without prejudice to the rights of any party to apply for

14  severance of any claim or action, for good cause shown.

15  <center>MASTER DOCKET AND CAPTION</center>

16      4.    The docket in Civil Action No. C-08-1405 shall constitute the Master Docket for

17  this action.

18      5.    Every pleading in this proceeding shall bear the following caption:

19  <center>UNITED STATES DISTRICT COURT</center>

20  <center>NORTHERN DISTRICT OF CALIFORNIA</center>

21  IN RE THE PMI GROUP, INC. ) Case No. C-08-1405-SI
    SECURITIES LITIGATION )
22  ) <u>CLASS ACTION</u>
23  THIS DOCUMENT RELATES TO: )

25      6.    The file in Civil Action No. C-08-1405 shall constitute a Master File for any and

26  all actions consolidated into this action.  When a pleading is intended to be applicable to all

27  actions to which this Order is applicable, the phrase "All Actions" shall appear immediately after

28  the words "This Document Relates To:" in the caption set out above.  When a pleading is

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 08 1405 SI

Case 3:08-cv-01405-SI    Document 4    Filed 04/07/2008    Page 3 of 5

1    intended to be applicable only to some, but not all, of such actions, the document shall list,

2    immediately after the phrase "This Document Relates To:", the docket number for each

3    individual action to which the document applies, along with the last name of the first-listed

4    plaintiff in any such action.

5        7.    The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12

6    whenever a case that should be consolidated into this action is filed in, or transferred to, this

7    District.  If the Court determines that the case is related, the clerk shall:

8            a.    Place a copy of this Order in the separate file for such action;

9            b.    Serve on plaintiff's counsel in the new case a copy of this Order;

10           c.    Direct that this Order be served upon any new defendant(s) in the new

11   case; and

12           d.    Make the appropriate entry in the Master Docket.

13                        LEAD PLAINTIFF'S COUNSEL

14       8.    After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel,

15   pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's Counsel shall have authority to speak

16   for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures,

17   discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall manage the prosecution of

18   this litigation to avoid duplicative or unproductive activities.  Lead Plaintiff's Counsel shall be

19   responsible for coordination of all activities and appearances on behalf of plaintiffs and for

20   dissemination of notices and orders.  Lead Plaintiff's Counsel shall maintain a master service list

21   of all parties and counsel.

22       9.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's

23   Counsel.  Such agreements shall be binding on all plaintiffs.  Service on Lead Plaintiff's Counsel

24   shall constitute service on all plaintiffs.

25                        PLEADINGS AND MOTIONS

26       10.   Defendants are not required to respond to the complaint in this action or any action

27   consolidated into this action, other than a consolidated complaint or a complaint designated as the

28   operative complaint by Lead Plaintiff's Counsel.  Defendants have authorized their respective

- 2 -        STIPULATION AND [PROPOSED] ORDER
             CASE NO. C 08 1405 SI

Case 3:08-cv-01405-SI    Document 4    Filed 04/07/2008    Page 4 of 5

1    counsel to accept service of the initial complaints, but acceptance of service will not constitute a

2    waiver of any defenses.

3         11.    Lead Plaintiff shall file a consolidated complaint within sixty (60) days of the

4    entry of an order appointing Lead Plaintiff and Lead Counsel in this Consolidated Action, unless

5    otherwise agreed upon by the parties.  The consolidated complaint shall supersede all existing

6    complaints filed in this Consolidated Action.

7         12.    Defendants shall respond to the consolidated complaint within forty-five (45) days

8    after service (or, in the event that Lead Plaintiff's Counsel designates an existing complaint as the

9    operative complaint, within forty-five (45) days after service of written notice of such

10    designation), unless otherwise agreed upon by the parties.  If defendants file any motions directed

11    at the operative complaint, the opposition brief shall be filed within forty-five (45) days of that

12    motion, with the reply brief filed thirty (30) days thereafter, unless otherwise agreed upon by the

13    parties.

14         13.    Counsel for the parties shall notify their clients of their document preservation

15    obligations pursuant to federal securities laws and the Local Rules.

16

17                               O'MELVENY & MYERS LLP

18

19    Dated:  April 7, 2008         By:_____ /s/ Meredith N. Landy_____

20                                     Meredith N. Landy

21                            Attorneys for Defendants
                        The PMI Group, Inc., L. Stephen Smith, David

22                            H. Katkov and Donald P. Lofe, Jr.

23

24

25

26

27

28

                   - 3 -        STIPULATION AND [PROPOSED] ORDER
                                                       CASE NO.  C 08 1405 SI

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP


Dated:  April 7, 2008                    By:_____/s/ Shawn A. Williams_____
                                                    Shawn A. Williams

                                         Attorneys for Plaintiff
                                         Lori Weinrib, Individually and on Behalf of
                                         All Others Similarly Situated


                                         SCHIFFRIN BARROWAY TOPAZ &
                                         KESSLER, LLP


Dated:  April 7, 2008                    By:_____/s/ Alan R. Plutzik_____
                                                    Alan R. Plutzik

                                         Attorneys for Plaintiff
                                         Kimberly D. Holt, Individually and on Behalf
                                         of All Others Similarly Situated


        I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this

Stipulation and [Proposed] Order Regarding Scheduling and Related Matters.  In compliance with

General Order 45, X.B., I hereby attest that Shawn A. Williams and Alan R. Plutzik have

concurred in this filing.


                                         By:  /s/ Meredith N. Landy_____
                                                 Meredith N. Landy


                             **O R D E R**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  April _____, 2008            _____
                                             The Honorable Susan Illston
                                             United States District Judge


MP1:1017313.1

- 4 -                         STIPULATION AND [PROPOSED] ORDER
                                      CASE NO.  C 08 1405 SI